666 A.2d 162

IN THE MATTER OF HARRY J. GREENBAUM,
AN ATTORNEY AT LAW.

November 6, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **HARRY J. GREENBAUM** of **FAIR LAWN,** who was admitted to the bar of this State in 1974, and who was suspended from practice for a period of two years in New York on July 13, 1995, and who failed to report said discipline to the Office of Attorney Ethics as required by *Rule* 1:20–14(a)(1), be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **HARRY J. GREENBAUM** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **HARRY J. GREENBAUM** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **HARRY J. GREENBAUM** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.